**2009–1603. State v. Miller.**
Franklin App. No. 09AP–148, 2009-Ohio-3621.

**2009–1606. State v. Miller.**
Cuyahoga App. No. 91543, 2009-Ohio-3307.
MOYER, C.J., and PFEIFER and LANZINGER, JJ., dissent.

**2009–1607. State v. McGee.**
Cuyahoga App. No. 91638, 2009-Ohio-3374.
O'CONNOR, J., dissents and would accept the appeal, reverse the judgment of the court of appeals, and remand the cause to the trial court to apply *State v. Boswell*, 121 Ohio St.3d 575, 2009-Ohio-1577, 906 N.E.2d 422.
LANZINGER, J., dissents.

**2009–1610. George v. Miracle Solutions, Inc.**
Stark App. No. 2009–CA–00088, 2009-Ohio-3659.

**2009–1615. State v. Petaway.**
Logan App. No. 8–08–22.

**2009–1642. State v. Morris.**
Franklin App. No. 05AP–1139.

**2009–1676. State v. Vinson.**
Franklin App. No. 09AP–163, 2009-Ohio-3751.

**2009–1724. State v. White.**
Cuyahoga App. No. 90839, 2009-Ohio-4034.
LUNDBERG STRATTON and O'DONNELL, JJ., dissent and would accept the appeal on Proposition of Law No. I.

## RECONSIDERATION OF PRIOR DECISIONS

**2006–0294 and 2006–0298. State v. Crager.**
Marion App. No. 9–04–54, 164 Ohio App.3d 816, 2005-Ohio-6868. ▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬ On motion for reconsideration. The parties are to brief the issue of the impact of *Melendez–Diaz v. Massachusetts* (2009), ___ U.S. ___, 129 S.Ct. 2527, 174 L.Ed.2d 314, on this court's holding in paragraph two of the syllabus in *State v. Crager*, 116 Ohio St.3d 369, 2007-Ohio-6840, 879 N.E.2d 745. The parties shall simultaneously file their briefs within 20 days of the date of this entry, and reply briefs shall be filed ten days thereafter.
PFEIFER and KLINE, JJ., dissent.
ROGER L. KLINE, J., of the Fourth Appellate District, sitting for CUPP, J.

**2008–1012. State v. Clinkscale.**
Franklin App. No. 06AP–1109, 177 Ohio App.3d 294, 2008-Ohio-1677. ▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬ On review of supplemental briefs submitted pursuant to the court's order of September 1, 2009. The court declines to modify the court's opinion issued in this cause on June 17, 2009. Accordingly, the motion to reconsider is denied.
LUNDBERG STRATTON, O'DONNELL, and CUPP, JJ., dissent.

**2009–0751. State v. Kestranek.**
Cuyahoga App. No. 90917, 2009-Ohio-473. ▬▬▬▬▬
▬▬▬▬ On motion for reconsideration. Motion denied.
LUNDBERG STRATTON, J., dissents.

**2009–0863. State v. Omiecinski.**
Cuyahoga App. No. 90510, 2009-Ohio-1066. ▬▬▬▬▬
▬▬▬▬ On motion for reconsideration. Motion denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent and would accept the appeal on Proposition of Law No. I.